**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1779**

_____

ELNORA PARHAM,

              Plaintiff - Appellant,

      v.

HSBC MORTGAGE CORPORATION, (USA); FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  John Adrian Gibney, Jr.,
District Judge.  (3:09-cv-00832-JAG)

_____

Submitted:  April 30, 2012         Decided:  May 11, 2012

_____

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Henry W. McLaughlin, III, LAW OFFICE OF HENRY MCLAUGHLIN, P.C.,
Richmond, Virginia, for Appellant.  Ronald J. Guillot, Jr.,
SAMUEL I. WHITE, P.C., Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elnora Parham appeals the district court's order granting HSBC Mortgage Corporation and Federal National Mortgage Company's motion to dismiss her action, brought pursuant to the Truth in Lending Act, 15 U.S.C.A. §§ 1601-1667(f) (West Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parham v. HSBC Mortg. Corp., No. 3:09-cv-00832-JAG (E.D. Va. June 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED